AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:25mj2023 |
| | ) |
| Edward James | ) Charging District's Case No. 26cr29 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Southern District of New York___

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___01/29/2026___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Seth D. Church
*Printed name of defendant's attorney*

Case: 1:26-mj-00023-JEG Doc #: 11 Filed: 01/30/26 1 of 1. PageID #: 14
Case 1:26-cr-00023-ATB Document 11 Filed: 01/29/2026 Page 2 of 16

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:26mj2023 |
| Edward James | ) |
| *Defendant* | ) Charging District's Case No. 26cr29 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __New York__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/29/2026

s/ James E. Grimes Jr.
*Judge's signature*

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Edward James<br>*Defendant* | )<br>)<br>) Case No. 1:26mj2023<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Edward James _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( X ) to appear for court proceedings;
- ( X ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __25,000,000.00__ , secured by:

    ( X ) (a) $ __1,000,000.00__ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( X ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    This bond is co-signed by, and guaranteed by, the two financially responsible surety persons identified on the next page

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:26-mj-00023-ATEG  Document 1-1  Filed: 01/29/26  Page 4 of 12.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 01/29/2026

X _____
*Defendant's signature*

Claire Le
*Surety/property owner – printed name*

X _____
*Surety/property owner – signature and date*

Troy Le
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 01/29/2026

s/ Mark T. Matyas
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 01/29/2026

s/ James E. Grimes Jr.
*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Edward James<br>*Defendant* | )<br>)<br>) Case No. 1:26mj2023<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                                        Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                              *Custodian*                                                             *Date*

( ☑ ) (7) The defendant must:
  ( ☑ ) (a) submit to supervision by and report for supervision to the   Pretrial Services  ,
           telephone number   (216) 357-7300  , no later than   ASAP  .
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☑ ) (d) surrender any passport to:   Clerk's Office
  ( ☑ ) (e) not obtain a passport or other international travel document.
  ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:   Northern District of Ohio, and the Southern District of New York for court purposes only
  ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   All
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
      ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
  ( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
      i. Following the location restriction component (**check one**):
          ( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
          ( ☑ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
          ( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
          ( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                                                                 Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (check one):
- (☑) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or
- (☐) (2) GPS; or
- (☐) (3) Radio Frequency; or
- (☐) (4) Voice Recognition; or
- (☐) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) (☐) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

(☑) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (s) No private air travel, Home detention with airport exclusion zones enforced by electronic monitoring, and accurately disclose all financial accounts and trusts that either Ed or family members have an interest in, contingent or otherwise

*Airport travel except for travel to court appearances or as approved by pre-trial services or the court

Defendant will have 2 weeks to provide the required security for the bond, and to make the required financial disclosures.

AO 199C (Rev. 09/08) Advice of Penalties       Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/29/2026

James E. Grimes Jr., United States Magistrate Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Query   Reports   Utilities   Help   What's New   Log Out

Termed

## U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-02023-JEG All Defendants

Case title: USA v. James

Date Filed: 01/29/2026

Date Terminated: 01/29/2026

Assigned to: Magistrate Judge James E. Grimes Jr.

**Defendant (1)**

**Edward James**
*TERMINATED: 01/29/2026*

represented by **Seth D. DuCharme**
Bracewell LLP
31 West 52nd Street, 19th Floor
New York, NY 10019
(212) 508-6165
Email: seth.ducharme@bracewell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status:*

**Kevin M. Spellacy**
Law Office of Kevin Spellacy
Ste. 200
323 West Lakeside Avenue
Cleveland, OH 44113
216-344-9220
Email: kevin@spellacylaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

18 USC§ 1343 (Conspiracy to Commit Wire Fraud and Bank Fraud)

18 USC§ 1343 (Wire Fraud)

18 USC§ 1344 (Bank Fraud)

18 USC§ 2 (aiding and abetting)

---

**Plaintiff**

**United States of America**                represented by    **Elliot D. Morrison**
                                                              Office of the U.S. Attorney - Cleveland
                                                              Northern District of Ohio
                                                              Ste. 400
                                                              801 Superior Avenue, W
                                                              Cleveland, OH 44113
                                                              216-622-3919
                                                              Fax: 216-522-3370
                                                              Email: elliot.morrison@usdoj.gov
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*
                                                              *Bar Status: Active*

                                                              **Michael L. Collyer**
                                                              Office of the U.S. Attorney - Cleveland
                                                              Northern District of Ohio
                                                              Ste. 400
                                                              801 Superior Avenue, W
                                                              Cleveland, OH 44113
                                                              216-622-3744
                                                              Fax: 216-522-8355
                                                              Email: michael.collyer@usdoj.gov
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*
                                                              *Bar Status: Active*

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2026 |   | Arrest (Rule 40) of Edward James (1) on 01/29/2026. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 1 | Rule 40 Warrant received as to Edward James (1). (Attachments: # 1 Indictment) (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 |   | **IMPORTANT:** Notice [non-document] as to Edward James (1). Arraignment set for 01/29/2026 at 01:00 PM in Courtroom 11A before Magistrate Judge James E. Grimes Jr. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 |   | Case unsealed as to Edward James (1). (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 2 | Notice of Appearance of Attorney - Kevin M. Spellacy appearing for Edward James (1) (Spellacy, Kevin) (Entered: 01/29/2026) |
| 01/29/2026 | 3 | **Motion** for attorney Seth D. DuCharme to Appear Pro Hac Vice Filing fee $ 120, receipt number AOHNDC-13494704, by Edward James (1). (Spellacy, Kevin) (Entered: 01/29/2026) |
| 01/29/2026 | 5 | Supplement to 3 **Motion** for attorney Seth D. DuCharme to Appear Pro Hac Vice Filing fee $ 120, receipt number AOHNDC-13494704, as to Edward James (1) (Spellacy, Kevin) (Entered: 01/29/2026) |
| 01/29/2026 |   | **Order** [non-document] granting 3 Motion to Appear Pro Hac Vice by attorney Seth D. DuCharme for Edward James. Local Criminal Rule 49.2(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. as to Edward James (1). Magistrate Judge James E. Grimes Jr. on 01/29/2026. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 |   | **Minutes of proceedings** [non-document] Initial Appearance hearing before Magistrate Judge James E. Grimes Jr. as to Edward James and Patrick James held on 01/29/2026. All parties appeared in Courtroom 11A in the Carl B. Stokes Courthouse in Cleveland, OH. AUSAs Michael L. Collyer and Elliot D. Morrison present for the government. Attorneys Kevin Spellacy and Seth D. Ducharme present and retained for the Edward James, and Attorneys Ethan W. Weber and Scott Hartman present on behalf of Patrick James. Governments counsel was advised of and ordered to comply with the governments disclosure requirements under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny; and admonished that failure to comply with those disclosure obligations could result in sanctions. Defendant waives identity/production of a warrant hearing. All further proceedings to be held by the Southern District of New York. The government does not request detention. Defendants to be released on secured bonds with standard and special conditions, which were read to the defendants on the record. (PTS: R. Franklin) (ECRO: B. Laster) Time: 35 Minutes (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 6 | Appearance Bond Entered as to Edward James (1); $25,000,000.00 secured. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 7 | **Order** Setting Conditions of Release as to Edward James (1). Signed by Magistrate Judge James E. Grimes Jr. on 01/29/2026. (M,MT) (Entered: 01/29/2026) |

| | | |
|---|---|---|
| 01/29/2026 | 8 | Waiver of Rule 5(c)(3) Hearing by Edward James (1) (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 9 | Commitment to Another District as to Edward James (1). Defendant committed to District of Southern District of New York. Signed by Magistrate Judge James E. Grimes Jr. on 01/29/2026. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 |   | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Edward James (1). Your case number is: 26cr29. The NDOH finance office will transmit the bond collected. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 7 Order Setting Conditions of Release, 1 Rule 40 Warrant from Another District, 6 Bond, 9 Commitment to Another District, 8 Waiver of Rule 5(c)(3) Hearing. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (M,MT) (Entered: 01/29/2026) |