Duration: _____
Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. <u>26 CR 29</u>　　　　　　　　　　DEFENDANT <u>Edward James</u>

AUSA <u>Marguerite Colson</u>　　　　　　　　DEF.'S COUNSEL <u>Seth DuCharme</u>
　　　　　　　　　　　　　　　　　　　　　☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
　　　　　　　　　　　　　　　　　　　　　☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST <u>1/29  NDOh</u>    ☐ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST _____    ☐ ON WRIT
☑ Other: <u>Arraignment</u>　　　　　　　　　　　　　　TIME OF PRESENTMENT <u>11:55</u>

*appeared voluntarily for the initial appearance in this District*

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE　　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE SEP. ORDER
☐ DETENTION HEARING SCHEDULED FOR: _____　　　　　　　　　　　　　　☐ SEE TRANSCRIPT
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ <u>25MM</u>　　PRB  ☐ _____ FRP
☑ SECURED BY $ <u>1MM</u>　　CASH/PROPERTY: <u>deposited w/ the court, secured by his residence</u>
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ <u>N D Ohio</u>
☑ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☑ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☑ DEF. TO PAY ALL / PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: <u>2/18/26</u>

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**
- no contact identified codefts, witnesses, victims outside presence of counsel
- D will promptly report to pretrial services in district of supervision
- no private air travel, no air travel w/o prior court/PTS approval
- no new financial accounts
- location monitoring by phone/watch. If unavailable in NDOh, Deft. has option of remaining there w/ location monitoring by bracelet or relocating to a district w/ option of monitoring by watch/cell phone (and travel restrictions adjusted as necessary)

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　☑ CONFERENCE BEFORE D.J. ON <u>2 PM</u>
☐ DEF. WAIVES INDICTMENT　　　　　　　　　　　　　　　　　　　　　　<u>Feb 4, 2026</u>
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____
<u>will discuss w/ Judge Torres</u>

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: <u>2/4/2026</u>
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.