# BRACEWELL

February 18, 2026

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Patrick James and Edward James*, 26-CR-00029(AT)

Dear Judge Torres:

We represent Edward James in the above-referenced matter and write to respectfully request a modest modification of Mr. James' bond conditions to include travel to the Southern District of Ohio, where his daughter resides. As described further below, this proposed modification is supported by Mr. James' Pretrial Services Officer, and the government has deferred to Pretrial with respect to this request.

Mr. James was initially arraigned in the Northern District of Ohio, where he resides, on January 29, 2026. At that time, the Magistrate ordered Mr. James' release for voluntary removal to the Southern District of New York subject to several conditions, including a restriction limiting his travel to the Northern District of Ohio and the Southern District of New York for court-related purposes only.

On February 4, 2026, Mr. James appeared in the Southern District of New York and was arraigned before Magistrate Judge Robyn F. Tarnofsky, who ordered his continued release under similar conditions. Judge Tarnofsky limited Mr. James' travel to the Southern and Eastern Districts of New York and the Northern District of Ohio. *See* Dkt. 15. Mr. James is now seeking to modestly expand his travel restrictions to allow him to go to the Southern District of Ohio so he can visit his daughter (who is due to give birth to her third child next month), son-in-law, and two grandchildren, who reside in Cincinnati. The bond modification would enable Mr. James' Pretrial Services officer the discretion to permit him to travel to visit his family in Cincinnati without seeking additional approval from the Court.

We have conferred with Mr. James' Pretrial Services Officer in the Northern District of Ohio, who supports this bond modification and is prepared to authorize the family visits described above provided Mr. James requests permission sufficiently in advance of planned visits. The United States Attorney's

**Seth D. DuCharme**
Partner

T: +1.212.508.6165      F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
seth.ducharme@bracewell.com      bracewell.com

AUSTIN   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   PARIS   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Judge Analisa Torres
February 18, 2026
Page 2


Office for the Southern District of New York has informed us that it defers to Pretrial Services' determination.

      Accordingly, Mr. James respectfully requests that the Court modify the conditions of his pretrial release to permit travel to the Southern District of Ohio.


Respectfully submitted,

/s/ Seth D. DuCharme

Seth D. DuCharme


cc: Counsel of Record (via ECF)