# BRACEWELL

March 11, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

      We represent defendant Edward James in the above-referenced matter. We respectfully write to request the Court's permission for Mr. James to open new bank accounts at up to two financial institutions, which will be identified for the Court. These new accounts will allow for the transfer of funds from two of Mr. James' existing accounts that were closed following filing of the charges.

      Since he was indicted, two of Mr. James' financial institutions, which were previously disclosed to the government and the Court, have advised Mr. James that they intend to close his accounts. Both financial institutions have informed Mr. James that any remaining funds must be transferred to an account held in the same name or manner as the existing account. Accordingly, to comply with the banks' directives and to allow for the orderly transfer of his funds, and for Mr. James to maintain ordinary financial functions such as making mortgage payments, Mr. James must open identically named accounts at new financial institutions.[1]

      Mr. James seeks the Court's permission to open these new accounts solely to receive the transferred funds from his current banks. He does not seek authorization for any additional accounts or transactions beyond what is necessary to effectuate the transfer and closure of the existing accounts. Of course, he will continue to comply with all applicable Court orders and conditions. Pretrial Services approves of this request. The government takes no position provided that it and Pretrial Services are

---

[1] Two different financial institutions may be necessary because at least one bank that is willing to accept Mr. James as a customer does not offer brokerage account services.

**Nicole Boeckmann**
**Partner**

T: +1.212.508.6103    F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
nicole.boeckmann@bracewell.com    bracewell.com

AUSTIN   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   PARIS   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Hon. Analisa Torres
March 11, 2026
Page 2

informed of the details of any new accounts opened, which we will provide promptly once the accounts are opened.

    We appreciate the Court's consideration of this matter.


Respectfully submitted,

*[signature]*

Nicole Boeckmann



cc:       Counsel of Record