# BRACEWELL

March 13, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

    We represent defendant Edward James in the above-referenced matter. Pursuant to Local Civil Rule 67.1 of the United States District Courts for the Southern and Eastern Districts of New York, we respectfully request that the Court enter an order directing the Clerk of Court to deposit Mr. James's $1,000,000.00 cash bail, posted in connection with the February 4, 2026, Appearance Bond, into an interest-bearing account within the Court Registry Investment System ("CRIS") account.

    Consistent with Local Civil Rule 67.1(a), a proposed order directing the Clerk of Court to deposit the $1,000,000.00 into a CRIS account is attached for the Court's convenience. The Government takes no position on this request.

Respectfully submitted,

*/s/ Nicole Boeckmann*

Nicole Boeckmann

cc:   Counsel of Record

**Nicole Boeckmann**
Partner

T: +1.212.508.6103    F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
nicole.boeckmann@bracewell.com    bracewell.com