# EXHIBIT B

# BRACEWELL

April 8, 2026

**Via E-Mail**

Mr. Nicholas Chiuchiolo
Ms. Marguerite Colson
Mr. Peter Davis
Ms. Sarah Mortazavi
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, NY 10278

Re:    Demand for Bill of Particulars
       *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Mr. Chiuchiolo, Ms. Colson, Mr. Davis, and Ms. Mortazavi,

We represent Edward James in the above-referenced matter. We respectfully request that the Government disclose certain additional information pertaining to the indictment dated January 27, 2026, pursuant to Federal Rule of Criminal Procedure 7(f). *United States v. Bortnovsky*, 820 F.2d 572, 574 (2d Cir. 1987) (Under Rule 7(f) of the Federal Rules of Criminal Procedure, a district court has authority to direct the government to provide particulars "to identify with sufficient detail the nature of the charge pending against [the defendant]," so that the defendant may "prepare for trial, to prevent surprise, and to interpose a plea of double jeopardy should he be prosecuted a second time for the same offense.") In order to prepare for trial, we ask that the Government promptly provide the requested information.

## I.    <u>Incorporation by Reference</u>

To the extent that counsel for Patrick James also has requested a Bill of Particulars, we incorporate by reference any such request and further request that the Government provide Edward James with the same information (or its position with respect to each of these requests). We here include requests for additional information specific to allegations regarding Edward James below.

**Seth D. DuCharme**
Partner

T: +1.212.508.6165        F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
seth.ducharme@bracewell.com        bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

April 8, 2026
Page 2

**II.    Additional Requested Particulars**

The paragraph numbers referenced below correspond to the paragraphs of the Indictment (ECF No. 2).

1.    **Paragraph 13** – Please identify:

(a)    The lower-level First Brands employee who allegedly provided the requested invoices to Factor-1;

(b)    Factor-1's audit partner;

(c)    The date on which Factor-1 contacted First Brands, the date on which the lower-level employee provided the requested invoices to Factor-1, and the date on which Factor-1's audit partner began questioning Edward James and others about alleged discrepancies;

(d)    The "others" who were questioned by Factor-1's audit partner regarding alleged discrepancies;

(e)    The means by which Factor-1's audit partner contacted Edward James and others regarding alleged discrepancies;

(f)    The means by which Edward James allegedly told Patrick James about Factor-1's alleged discovery.

2.    **Paragraph 19** – Please identify:

(a)    The financer(s) that requested physical invoices and the means by which such invoices were requested;

(b)    The First Brands employee Edward James allegedly asked whether the factor had asked for physical invoices in the past and the means by which Edward James communicated with this employee.

3.    **Paragraph 23** – Please identify the means by which Edward James allegedly negotiated with Off-Sheet Lenders, the entities and individuals with whom he negotiated, and the dates of any alleged negotiations.

4.    **Paragraphs 25** – Please identify:

# BRACEWELL

April 8, 2026
Page 3

(a)    The means by which Edward James allegedly directed the alleged bank transfers;

(b)    The individuals, if any, who were allegedly directed by Edward James to complete such transfers;

(c)    The date of the alleged communications, if any, and the date of the alleged transfers.

5.    **Paragraph 28** – Please identify the inventory financing from which Edward James allegedly received millions in commission fees, including the date of the agreement, the amount of the financing, and the parties to the agreement.

Thank you for your prompt attention to these requests.

Very truly yours,

Seth D. DuCharme

AUSTIN   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   PARIS   SAN ANTONIO   SEATTLE   WASHINGTON, DC