# BRACEWELL

July 10, 2026

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Patrick James and Edward James*, 26-CR-00029 (AT)

Dear Judge Torres:

We represent Edward James in the above-referenced matter and write to respectfully request permission for Mr. James to travel to the Middle District of Florida for approximately three weeks to visit his daughter and grandchildren. Mr. James will provide the specific dates of travel to Pretrial Services once finalized. Pretrial Services and the government do not object to this request.

Respectfully submitted,

/s/ Seth D. DuCharme

Seth D. DuCharme

cc: Counsel of Record (via ECF)

**Seth D. DuCharme**
**Partner**

T: +1.212.508.6165    F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
seth.ducharme@bracewell.com      bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC