**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (AT) |

**DECLARATION OF SETH D. DUCHARME**
**IN SUPPORT OF MOTION FOR A BILL OF PARTICULARS**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner with the law firm of Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James' Motion for a Bill of Particulars (the "Motion").

2.      On April 8, 2026, I served a detailed letter requesting that the government voluntarily particularize information in the Indictment. A copy of this correspondence is attached as **Exhibit A**.

3.      The April 8, 2026 letter incorporates by reference Patrick James' prior request for a bill of particulars, dated March 18, 2026. A copy of Patrick James' letter is attached as **Exhibit B**.

4.      On May 14, 2026, the government responded to the April 8, 2026 letter. The government disclosed only a narrow portion of the requested information and declined to provide additional disclosures. A copy of this correspondence is attached as **Exhibit C**.

-2-

5.      The government's May 14, 2026 letter incorporates by reference its April 3, 2026 response to Patrick James' request for a bill of particulars. A copy of the April 3, 2026 letter is attached as **Exhibit D**.

6.      In light of this exchange, I certify pursuant to Local Criminal Rule 16.1 that I have made a good faith effort to resolve the issues raised by the Motion without Court intervention.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       July 31, 2026


                                        */s/ Seth D. DuCharme*
                                        Seth D. DuCharme