BRACEWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

September 14, 2026

**Via ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Patrick James and Edward James*, 26-CR-00029 (AT)

Dear Judge Torres:

We represent Edward James in the above-referenced matter and respectfully request the Court's permission for Mr. James to travel to the District of Arizona this fall to visit his daughter and grandson. Mr. James's daughter and grandson will be spending significant time in Arizona over the next year, as her husband has a temporary assignment in that location. Mr. James will provide his specific dates of travel to Pretrial Services once finalized. Pretrial Services and the government do not object to this request.

Respectfully submitted,

/s/ Seth D. DuCharme

Seth D. DuCharme

cc: Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge

**Seth D. DuCharme**
Partner

T: +1.212.508.6165 F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
seth.ducharme@bracewell.com bracewell.com