UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and<br>EDWARD JAMES,<br><br>Defendants. | Crim. Action No.: 26-cr-29 (AT)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

PLEASE TAKE NOTE that upon the annexed Declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, and Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dina McLeod hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Edward James in the above-captioned action.

I am in good standing of the State bar of the District of Columbia. I have never been convicted of a felony and there are no disciplinary proceedings against me in any state or federal court.

Dated: August 31, 2026

Respectfully Submitted,

By: /s/ Dina McLeod

Dina McLeod (*pro hac vice pending*)
District of Columbia Bar No.: 995358
31 West 52nd Street, 19th Floor
New York, New York 10019
Telephone: (212) 508-6100
dina.mcleod@bracewell.com

*Counsel for Edward James*