**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (AT) |

**DECLARATION OF SETH D. DUCHARME**
**IN SUPPORT OF DEFENDANT EDWARD JAMES'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SEVER**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James's Supplemental Memorandum in Support of Motion to Sever (the "Motion").

2. In further support of the Motion, I submit copies of the materials attached as **Exhibit A** through **Exhibit G**. Any document bearing the Bates prefix "SDNY_JAMES" was produced to defendants by the government.

3. Attached as **Exhibit A** is a letter from David Shargel to Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi, dated August 11, 2026.

4. Attached as **Exhibit B** is a letter from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod, dated August 21, 2026.

5. Attached as **Exhibit C** is [redacted]

[redacted]

6. Attached as **Exhibit D** is a letter from David Shargel to Nicholas Chiuchiolo, Maguerite Colson, Peter Davis, and Sarah Mortazavi, dated August 28, 2026.

7. Attached as **Exhibit E** is a letter from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod, dated September 3, 2026.

8. Attached as **Exhibit F** is a letter from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod, dated September 14, 2026.

9. Attached as **Exhibit G** is a letter from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Scott Hartman, William Burck, Sara Clark, Seth DuCharme, Nicole Boeckmann, and David Shargel, dated April 28, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 19, 2026

*/s/ Seth D. DuCharme*
Seth D. DuCharme