**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (AT) |

**DECLARATION OF SETH D. DUCHARME IN SUPPORT OF OMNIBUS REPLY IN FURTHER SUPPORT OF EDWARD JAMES'S PRETRIAL MOTIONS**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James's Omnibus Reply in Further Support of Pretrial Motions (the "Reply").

2. In further support of the Reply, I submit copies of the materials attached as **Exhibit A** to **Exhibit C.** Any document bearing the Bates prefix "SDNY_JAMES" was produced to Defendants by the government.

3. Attached as **Exhibit A** is an excerpt from metadata exported by the government listing documents obtained in connection with a government search warrant over which First Brands Group has asserted privilege.

4. Attached as **Exhibit B** is a copy of a letter from Marguerite Colson, Nicholas Chiuchiolo, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod, dated October 5, 2026.

5. Attached as **Exhibit C** is a copy of a spreadsheet containing iCloud account details and feature-use information for the Edward James Account, bearing Bates number SDNY_JAMES_00035020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 2, 2026

*/s/ Seth D. DuCharme*
Seth D. DuCharme