AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
PATRICK JAMES and EDWARD JAMES
*Defendant*

Case No. 26-CR-029

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward James .

Date: 11/03/2026

/s/ Dina McLeod
*Attorney's signature*

Dina McLeod / D.C. Bar No. 995358 (pro hac vice)
*Printed name and bar number*

Bracewell LLP
31 West 52nd Street, 19th Floor
New York, New York 10019
*Address*

dina.mcleod@bracewell.com
*E-mail address*

(212) 508-6100
*Telephone number*

*FAX number*