**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (VEC) |

**DECLARATION OF SETH D. DUCHARME IN SUPPORT OF DEFENDANT EDWARD JAMES'S MOTION TO CONDUCT RULE 15 DEPOSITIONS**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Bracewell LLP, attorneys for Defendant Edward James ("Mr. James"). I respectfully submit this Declaration in support of Mr. James's Motion to Conduct Rule 15 Depositions (the "Motion").

2. Representatives of Mr. James spoke to multiple prospective witnesses abroad, all of whom were former employees of First Brands Group.

3. Between August 2026 and October 2026, these representatives spoke with witnesses [redacted].

4. Representatives of Mr. James were informed by the witnesses as follows:

   a. [redacted] indicated that he cannot testify at trial.

   b. [redacted] indicated that she does not want to testify at trial in the United States.

   c. [redacted] indicated that he does not want to testify at trial in the United States.

d. [redacted] indicated that she does not want to testify at trial in the United States.

e. [redacted] indicated that she does not want to testify at trial in the United States.

f. [redacted] indicated that she does not want to testify at trial in the United States.

g. [redacted] indicated that she does not want to testify at trial in the United States.

5. In further support of the Motion, I submit copies of the materials attached as **Exhibit A** to **Exhibit G**. Any document bearing the Bates prefix "SDNY_JAMES" was produced to Defendants by the government.

6. Attached as **Exhibit A** are instant messages dated November 14, 2023 between Andy Brumbergs and Nigel Crighton bearing Bates range SDNY_JAMES_02335317 to SDNY_JAMES_02335319.

7. Attached as **Exhibit B** are instant messages dated November 21, 2023 between Andy Brumbergs and Nelly Luna bearing Bates range SDNY_JAMES_03944341 to SDNY_JAMES_03944349.

8. Attached as **Exhibit C** is a copy of the Notice of Filing Examiner's Proposed Work Plan, filed in *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 1650, 1650-1 (Bankr. S.D. Tex. Jan. 21, 2026).

9. Attached as **Exhibit D** is a copy of the Examiner's Report filed in *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 2538-2 (Bankr. S.D. Tex. Apr. 27, 2026).

10. Attached as **Exhibit E** is an email dated July 12, 2024 from Nelly Luna to Andy Brumbergs with the subject line "2024 Q2 YTD June2024 240711_NoLinks.xlsx," and bearing Bates number SDNY_JAMES_00977125.

11. Attached as **Exhibit F** is an excerpt of the spreadsheet that was attached to Exhibit E, with the file name "2024 Q2 YTD Jun2024 240711_NoLinks.xlsx," and bearing Bates number SDNY_JAMES_00977126. Exhibit F includes the first sheet of the spreadsheet, titled, "SUMMARY."

12. Attached as **Exhibit G** is an email dated July 12, 2024 from Nelly Luna to Luis Blanco, Victor Esquivel, and Marcos Aurelio with the subject line "2024 Q2 YTD June2024 240711_NoLinks.xlsx," and bearing Bates number SDNY_JAMES_R04_02310889.

Dated: New York, New York
November 9, 2026

*<u>/s/ Seth D. DuCharme</u>*
Seth D. DuCharme